UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGENE RAY LILLY,

        Plaintiff,                 Case No. 1:16-cv-1446

v.

                               Honorable Paul L. Maloney

STATE OF MICHIGAN et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice.  Plaintiff shall remain liable for payment of the $400.00 civil action filing fee.


Dated:  January 30, 2017        /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge